# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

133511 & (13)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FLOYD EDWARDS,
   Plaintiff-Appellant,

v

SC: 133511
COA: 275778
Wayne CC: 06-612291-AA

VISTEON CORPORATION,
   Defendant-Appellee.

_____/

  On order of the Court, the application for leave to appeal the February 15, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for sanctions is DENIED.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

d0618